

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00866-CV

In the Interest of **E.A.M.V.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02217
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. No costs are assessed against appellant because he qualifies as indigent. *See* TEX. R. APP. P. 20.1.

SIGNED May 1, 2019.

_____
Irene Rios, Justice